IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DANIEL F. DEY** | § | **PLAINTIFF** |
| | § | |
| v. | § | CIVIL NO.: 1:12cv332-HSO-RHW |
| | § | |
| **STATE FARM MUTUAL** | § | **DEFENDANT** |
| **AUTOMOBILE INSURANCE** | § | |
| **COMPANY** | § | |

## FINAL JUDGMENT

This action came on for trial before the Court and a jury beginning on the 3rd day of February, 2014, and concluding on the 5th day of February, 2014, Honorable Halil Suleyman Ozerden, United States District Court Judge, presiding. The issues having been duly tried and the jury having heard all of the evidence and argument of counsel and receiving instructions of the Court, including a Verdict Form, retired to consider their verdict and returned upon their oaths, into open Court, the following verdict, to wit:

**Question Number One:**

Do you find that Plaintiff Daniel F. Dey has proved by a preponderance of the evidence that the injuries of which he complains were caused by the traffic accident in which he was involved on October 7, 2009?   Yes   (Please answer "yes" or "no.")

**Question Number Two:**

We the jury find that Plaintiff Daniel F. Dey has proved by a preponderance of the evidence that he sustained injuries caused by the traffic accident in which he was involved on October 7, 2009, as follows:

| | |
|---|---|
| Actual economic damages | $ 54,400.50 |
| Noneconomic damages | $ 175,000.00 |
| Total | $ 229,400.50 |

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Plaintiff Daniel F. Dey shall recover of and from Defendant State Farm Mutual Automobile Insurance Company compensatory damages in the total amount of $229,400.50, subject to a credit in favor of Defendant State Farm Mutual Automobile Insurance Company, in the amount of $37,000.00 pursuant to the Court's January 22, 2014, Order Granting Defendant's Motion for Credit [94], resulting in a total amount owed to Plaintiff of $192,400.50. Based on the foregoing,

**IT IS, FURTHER, ORDERED AND ADJUDGED** that judgment is rendered in favor of Plaintiff Daniel F. Dey, and he shall recover of and from Defendant State Farm Mutual Automobile Insurance Company compensatory damages in the total amount of $192,400.50.

**SO ORDERED AND ADJUDGED**, this the 5th day of February, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE